IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **ANGELA and JAMES FISCHER, Individually and as the Guardians of MOLLIANNE FISCHER, an Adult Ward,**<br><br>        Plaintiffs,<br><br>v.<br><br>**GEORGIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>        Defendants. | **CIVIL ACTION NUMBER: 2:16-cv-00143-RWS-JCF** |

## NOTICE OF SETTLEMENT

Plaintiffs, through their respective undersigned counsel, hereby notify the Court that they have reached a settlement with all Defendants in the above-captioned action, which will fully resolve all issues. The parties are drafting the Settlement Agreement and related documents, and a special needs trust will be established for Plaintiffs' ward, Mollianne Fischer. Once these documents have been finalized and agreed to, the parties anticipate filing a Motion to Approve the Settlement with the Court within thirty (30) days.

Respectfully submitted this 11th day of June 2018.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

                                             **WARSHAUER LAW GROUP, P.C.**

                                             */s/  Michael E. Pérez*_____
                                             Lyle Griffin Warshauer
                                             Georgia Bar No. 171941
                                             Michael E. Pérez
                                             Georgia Bar No. 572127
                                             ***Attorneys for Plaintiffs***

2740 Bert Adams Road
Atlanta, GA 30339
T:  404.892.4900
F:  404.892.1020
lgw@warlawgroup.com
mep@warlawgroup.com

# CERTIFICATE OF SERVICE

I do hereby certify that I have this <u>11th</u> day of June 2018 served the within and foregoing by filing it with the Clerk via CM/ECF, which will provide electronic notice and serve to the following counsel of record:

Annarita L. McGovern, Esq.
Coleman Talley
3475 Lenox Road, N.E.
Suite 400
Atlanta, Georgia  30326

Paul Henefeld, Esq.
Appelbaum & Henefeld, P.C.
9 B Lenox Pointe
Atlanta, Georgia 30324

Christopher M. Carr, Esq.
Kathleen M. Pacious, Esq.
Devon Orland, Esq.
Loretta L. Pinkston, Esq.
c/o Peter Fischer, Esq.
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300

**WARSHAUER LAW GROUP, P.C.**

*/s/  Michael E. Pérez*
Lyle Griffin Warshauer
Georgia Bar No. 171941
Michael E. Pérez
Georgia Bar No. 572127
***Attorneys for Plaintiffs***

2740 Bert Adams Road
Atlanta, GA 30339
T:  404.892.4900
F:  404.892.1020
lgw@warlawgroup.com
mep@warlawgroup.com