## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

ANGELA FISCHER AND JAMES
FISCHER,

                        Plaintiffs,

vs.

AMBER STONE, BRIAN OWENS,

ALABA ADESHIGBIN, and ANGELA

GRANT,
                        Defendants.

CIVIL ACTION FILE NO.

2:16-cv-143-RWS


## J U D G M E N T

This action having previously come before the court, Honorable Richard W. Story, United States District Judge, for consideration of Defendant's Amber Stone, Brian Owens, Alaba Adeshigbin, and Angela Grant Motion for Judgment on the Pleadings, and the court having granted said motion on the Order entered March 13, 2017 it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendant's Amber Stone, Brian Owens, Alaba Adeshigbin, and Angela Grant recover its costs of this action.


Dated at Gainesville, Georgia, this the 17th day of July, 2018.

                        JAMES N. HATTEN
                        CLERK OF COURT

                   By:  s/Daniel Ross
                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   July  17,  2018
James  N.  Hatten
Clerk of Court

By: s/Daniel Ross
        Deputy Clerk