**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **ANGELA and JAMES FISCHER, Individually and as the Guardians of MOLLIANNE FISCHER, an Adult Ward,**<br><br>  Plaintiffs,<br><br>v.<br><br>**GEORGIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>  Defendants. | **CIVIL ACTION NUMBER: 2:16-cv-00143-RWS-JCF** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiffs, Angela and James Fischer, Individually and as the Guardians of Mollianne Fischer, an Adult Ward, and Defendants, Georgia Department of Corrections, the Board of Regents of the University System of Georgia, Dr. Billy Nichols, Dr. Edward Bailey, Dr. Sharon Lewis, Dr. Yvon Nazaire, Betty Rodgers, Daniel Weise, Hannah Fuller, Paige Elliott, Karla Sue Kiefer, Kristi Addison, and Yhana Whitworth, which constitute all the parties that have appeared in the above-styled case, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-styled lawsuit WITH

PREJUDICE. The Clerk of Court is hereby directed to mark said case "Dismissed With Prejudice" upon the docket of this Court.  All parties shall pay their own costs and expenses.

This 30th day of July, 2018.

| | |
|---|---|
| */s/ Michael E. Pérez* <br> Lyle Griffin Warshauer <br> Georgia Bar No. 171941 <br> Michael E. Pérez <br> Georgia Bar No. 572127 <br> **Warshauer Law Group, P.C.** <br> 2740 Bert Adams Road <br> Atlanta, Georgia 30339 <br> T: 404.892.4900 <br> F: 404.892.1020 <br> lgw@warlawgroup.com <br> mep@warlawgroup.com <br> **Counsel for Plaintiffs** | */s/ Peter F. Fisher* <br> Peter F. Fisher <br> Georgia Bar No. 797142 <br> Assistant Attorney General <br> **Department of Law, State of Georgia** <br> 40 Capitol Square, SW <br> Atlanta, Georgia 30334-1300 <br> T: 404.656.6663 <br> F: 404.651.5304 <br> pfisher@law.ga.gov <br> <br> **Counsel for Georgia Dept of Corrections, et al.** |
| */s/ Darl H. Champion* <br> Darl H. Champion, Jr. <br> Georgia Bar No. 910007 <br> **The Champion Firm, P.C.** <br> 2675 Paces Ferry Road, Suite 260 <br> Atlanta, Georgia 30339-4099 <br> T: 404.596.8044 <br> F: 404.671.9347 <br> champ@thechampionfirm.com <br> **Counsel for Plaintiffs** | */s/ Sidney M. Weinstein* <br> Sidney M. Weinstein <br> Georgia Bar No. 746418 <br> **Law Office of Sidney Weinstein** <br> P.O. Box 170513 <br> Atlanta, Georgia 30317-0513 <br> T: 404.522.3108 <br> F: 888.255.5008 <br> sidweinsteinlaw@att.net <br> **Counsel for Plaintiffs** |

| | |
|---|---|
| */s/ Paul A. Henefeld*<br>Paul A. Henefeld<br>Georgia Bar No. 345755<br>**Appelbaum & Henefeld, P.C.**<br>9 Lenox Point, Suite B<br>Atlanta, Georgia 30324-7412<br>T: 404.841.1275<br>F: 404.841.0248<br>pah@aps-law.com<br>**Counsel for Dr. Billy Nichols** | */s/ AnnaritaL. McGovern*<br>Annarita L. McGovern<br>Georgia Bar No. 098141<br>Terry L. Long<br>Georgia Bar No. 457460<br>**Coleman Talley**<br>3475 Lenox Road, NE, Suite 400<br>Atlanta, Georgia 30326-3229<br>T: 770.698.9556<br>F: 770.698.9729<br>annarita.mcgovern@colemantalley.com<br>terry.long@colemantalley.com<br>**Counsel for Defendant Dr. Yvon Nazaire** |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

**WARSHAUER LAW GROUP, P.C.**

*/s/  Michael E. Pérez*
Lyle Griffin Warshauer
Georgia Bar No. 171941
Michael E. Pérez
Georgia Bar No. 572127
***Attorneys for Plaintiffs***

2740 Bert Adams Road
Atlanta, GA 30339
T:  404.892.4900
F:  404.892.1020
lgw@warlawgroup.com
mep@warlawgroup.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have this <u>30th</u> day of July 2018 served the within and foregoing by filing it with the Clerk via CM/ECF, which will provide electronic notice and serve to the following counsel of record:

Annarita L. McGovern, Esq.
Coleman Talley
3475 Lenox Road, N.E.
Suite 400
Atlanta, Georgia  30326

Paul Henefeld, Esq.
Appelbaum & Henefeld, P.C.
9 B Lenox Pointe
Atlanta, Georgia 30324

Christopher M. Carr, Esq.
Kathleen M. Pacious, Esq.
Devon Orland, Esq.
Loretta L. Pinkston, Esq.
c/o Peter Fischer, Esq.
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300

**WARSHAUER LAW GROUP, P.C.**

<u>/s/  Michael E. Pérez</u>
Lyle Griffin Warshauer
Georgia Bar No. 171941
Michael E. Pérez
Georgia Bar No. 572127
***Attorneys for Plaintiffs***

2740 Bert Adams Road
Atlanta, GA 30339
T:  404.892.4900
F:  404.892.1020
lgw@warlawgroup.com
mep@warlawgroup.com